IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXIO

JAVIER BALDERAMA,

    Plaintiff,

v.                                                                    No. 1:24-cv-00084-WJ-KK

SHANNON BULMAN, in her official capacity, and
BETINA G. MCCRACKEN, in her official capacity,

    Defendants.

## RULE 58 JUDGMENT

    **THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal, which dismissed all of Plaintiff's claims.

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                                                                   /s/

                                                **WILLIAM P. JOHNSON**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**